# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALFRED ANTHONY RICO, ) | 1:06-CV-01287 AWI SMS HC |
| ) | |
| Petitioner, ) | ORDER VACATING SUMMONS ISSUED |
| ) | ON SEPTEMBER 20, 2006 |
| v. ) | [Doc. #4] |
| ) | |
| KATHY MENDOZA-POWERS, ) | ORDER GRANTING EXTENSION OF TIME |
| ) | TO FILE RESPONSE |
| Respondent. ) | |

Petitioner is a state prisoner proceeding with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254. Petitioner is represented in this action by Rich Pfeiffer, Esq.

On September 20, 2006, a Summons was signed and issued by the Clerk of Court which required Respondent to serve an answer to the complaint within 20 days of the date of service of the summons. The Summons was not presented to or authorized by the undersigned.

In a habeas action, the petition is first forwarded to a judge for review. See Rule 4 of the Rules Governing Section 2254 Cases. If following a preliminary review the petition is not dismissed, **the judge** must order the respondent to file an answer, motion, or other response withing a fixed time. Id.(emphasis added).  Here, the petition was forwarded to the undersigned. Following a preliminary review, an order directing Respondent to file a response was issued on September 22, 2006.  The deadline for filing a response was set for December 27, 2006. To date, no response has

1  been filed by Respondent.  Although Respondent has not explained why a response has not yet been
2  filed, in light of the conflicting Order and Summons, it is likely Respondent was confused on the
3  correct deadline.
4       Accordingly, the Summons of September 20, 2006, is VACATED. Respondent is
5  GRANTED an extension of time of thirty (30) days from the date of service of this order.

7  IT IS SO ORDERED.

8  **Dated:    January 24, 2007**              **/s/ Sandra M. Snyder**
   icido3                                       UNITED STATES MAGISTRATE JUDGE